# SUPREME COURT OF PENNSYLVANIA

141 A.3d 477–484

| A.M.H. v. J.K. | 06/07/2016 342 MAL (2016) | Denied | Pa.Super., 145 A.3d 785 |
|---|---|---|---|
| Bank of America, Nat. Ass'n v. Dyndal | 06/29/2016 124 MAL (2016) | Denied | No. 3388 EDA 2015 |
| Carmen Enterprises, Inc. v. Murpenter, LLC | 06/30/2016 829, 866 MAL (2015) | Denied | Pa.Super., 131 A.3d 90 |
| Charlton v. PMA Ins. Group [1] | 06/28/2016 54 EAL (2016) | Denied | Pa.Super., 134 A.3d 481 |
| Com. v. Alexander | 07/06/2016 73 EAL (2016) | Denied | Pa.Super., 141 A.3d 598 |
| Com. v. Alleyne | 06/28/2016 9 MAL (2016) | Denied | Pa.Super., 135 A.3d 650 |
| Com. v. Arndt | 07/06/2016 188 MAL (2016) | Denied | Pa.Super., 144 A.3d 190 |
| Com. v. Baldish | 06/28/2016 12 WAL (2016) | Denied | Pa.Super., 133 A.3d 72 |
| Com. v. Bechtel | 06/16/2016 176 MAL (2016) | Denied | Pa.Super., 141 A.3d 584 |

1. Justice WECHT did not participate in the consideration or decision of this matter.